IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CECIL WESLEY TIAS, Defendant. | CR 17–11–BU–DLC ORDER |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on October 24, 2017. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Cecil Wesley Tias's guilty plea after Tias appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to the charge of being a felon in

1

possession of a firearm in violation of 18 U.S.C. § 922 (g)(1), as set forth in the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 17), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Cecil Wesley Tias's motion to change plea (Doc. 11) is GRANTED and Cecil Wesley Tias is adjudged guilty as charged in the Indictment.

DATED this 13th day of November, 2017.

_____
Dana L. Christensen, Chief District Judge
United States District Court